### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BOBBY M. ELLIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-0249-F |
| | ) |
| EUGENE VANHAUSEN and | ) |
| MARK L. GIBSON | ) |
| | ) |
| Defendants. | ) |

### ORDER

This matter comes before the court on plaintiff's objections to Magistrate Judge Valerie K. Couch's Report and Recommendation of May 24, 2005 (Objections at docket entry nos. 11, 12; Report at docket entry no. 10).

The Report recommends that the Complaint be summarily dismissed under 28 U.S.C. § 1915A, for failure to state a claim for relief. Plaintiff, who appears pro se and whose pleadings are therefore liberally construed, objects broadly to the magistrate's findings and recommendations. The court reviews all issues and findings de novo. 28 U.S.C. § 636(b)(1)(B).

Having thoroughly reviewed all matters addressed in the Report and Recommendation, and having conducted de novo review of all matters objected to, and finding that no purpose would be served by repeating the magistrate's analysis here, the court determines that the Report and Recommendation should be, and hereby is, **ACCEPTED, ADOPTED**, and **AFFIRMED** in its entirety. This action is hereby **DISMISSED** under 28 U.S.C. § 1915A, for failure to state a claim.

Dated this 31st day of May, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

05-0249p002(pub).wpd